KOLSBY GORDON
ROBIN • SHORE

2000 Market Street, 28th Floor, Suite 2800, Philadelphia, PA 19103
(215) 851-9000 • (800) 709-3196 • fax: (215) 851-9701
www.kolsbygordon.com

Sarah O. Schindler, Esq.
sschindler@kolsbygordon.com

September 4, 2026

**Via PACER**
Honorable Karen M. Williams
United States District Court
District of New Jersey

**Re:** ***L.K., et al. v. Laboratory Corporation of America Holdings, et al.***
**1:26-cv-00190-KMW-EAH**

Dear Judge Williams:

Counsel for Plaintiffs respectfully request, with the consent of Defendants, a one-hundred and twenty (120) day extension of all deadlines set forth in the Court's March 3, 2026 Scheduling Order.

The parties have diligently pursued discovery to date. They have exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), served and responded to multiple sets of written discovery, including interrogatories and requests for production directed to all parties, and completed substantial document productions. The parties have also completed live, in-person depositions of Plaintiffs Eleanor and Joshua Keyak in New Jersey and Defendant Judith F. Knops, Ph.D., FACMG, in New Mexico.

Several significant areas of discovery remain outstanding, however, in this medically complex matter. By way background, Minor Plaintiff L.K. has received ongoing care from numerous specialists and institutions since birth, generating a substantial volume of third-party medical records that continues to grow as her treatment and evaluation proceed. The parties have been working diligently to identify, obtain, and review these records, and that process remains ongoing.

First, depositions of key third-party fact witnesses, including the maternal-fetal medicine physician and genetic counselor involved in Plaintiffs' prenatal care in 2023, are presently being coordinated. Although the parties are attempting to complete these depositions by September 30,

KOLSBY GORDON
ROBIN • SHORE
2000 Market Street, 28th Floor, Suite 2800, Philadelphia, PA 19103
(215) 851-9700 • (800) 709-3199 • fax: (215) 851-9701
www.kolsbygordon.com

2026, additional time would facilitate their orderly completion given the scheduling demands of the witnesses, who are active clinical practitioners.

Second, the parties are coordinating the deposition of Labcorp's Rule 30(b)(6) corporate representative(s). The anticipated examination encompasses institutional topics concerning the prenatal genetic testing at issue, including Labcorp's reporting criteria, standard operating procedures, and quality-assurance practices. Adequate time is therefore necessary for the parties to finalize the scope of the examination and for the designated representative(s) to prepare and appear for deposition.

Third, the parties require additional time to complete damages discovery and expert review. Of particular significance, Minor Plaintiff L.K. is scheduled to undergo neuropsychological testing with her treating providers on September 28 and October 3, 2026. The resulting evaluations will be important to the review and opinions of the parties' medical experts. The parties are also continuing to obtain updated medical records and finalize expert retentions, which require sufficient time for review, analysis, and preparation of expert reports.

Accordingly, the parties respectfully request a one-hundred and twenty (120) day extension of all deadlines in the current Scheduling Order. The requested extension will permit the parties to complete the remaining fact and expert discovery in an orderly manner, without prejudice to either side and without unnecessary motion practice.

The parties respectfully submit that good cause exists for the requested modification pursuant to Fed. R. Civ. P. 16(b)(4). The parties have diligently pursued discovery, and the additional time requested is warranted by the scope and complexity of the remaining discovery, the ongoing nature of Minor Plaintiff's medical care and evaluation, and the scheduling requirements associated with third-party witnesses. This is the parties' first request for an extension of the current schedule.

Respectfully submitted,

*/s/ Sarah O. Schindler*
Sarah O. Schindler, Esquire
Attorney for Plaintiff

/SOS